# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Wilford D. Carter
Attorney at Law
1025 Mill Street
Lake Charles LA 70601

Hunter William Lundy
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

Daniel A. Kramer
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 13, 2019

**REHEARING ACTION: March 13, 2019**

**Docket Number: 18   00324-CA**

**IN RE: HARRIER TRUST**

**Appealed from Calcasieu Parish Case No. 2016-3020**

**<u>BEFORE JUDGES</u>:**

> **Hon. Phyllis M. Keaty**
> **Hon. D. Kent Savoie**
> **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the "application for rehearing or rehearing en banc" filed by **Preston L. Marshall, Beneficiary of the Harrier Trust** has this day been

> **DENIED.**
> Savoie, J., would grant the rehearing.

cc: Philip Anthony Franco, Counsel for the Appellee
    Walter Marshall Sanchez, Counsel for the Appellee
    Leigh Ann T. Schell, Counsel for the Appellee
    Alexander L. H. Reed, Counsel for the Appellee
    Todd Samuels Clemons, Counsel for the Appellee
    Janet D. Madison, Counsel for the Appellee
    L. J. Hymel, Jr., Counsel for the Appellee
    Michael Reese Davis, Counsel for the Appellee
    Tim P. Hartdegen, Counsel for the Appellee
    Richard Allen Sherburne, Jr., Counsel for the Appellee